IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHELSEA DAWSON                                                         PLAINTIFF

v.                              No. 4:22-cv-1277-DPM

GM FINANCIAL                                                           DEFENDANT

## ORDER

**1.** Dawson's motion to proceed *in forma pauperis, Doc. 1,* is denied because it is incomplete. She lists an employer but fails to indicate her wages. She also doesn't list monthly expenses or whether she has dependents.

**2.** Dawson must submit a completed application by 31 January 2023. If she doesn't, then the Court will dismiss her complaint without prejudice. LOCAL RULE 5.5(c)(2).

**3.** The Court directs the Clerk to mail Dawson an *in forma pauperis* application with a copy of this Order.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 January 2023