## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

CHELSEA DAWSON                                          PLAINTIFF

v.                        No. 4:22-cv-1277-DPM

GM FINANCIAL                                           DEFENDANT

### ORDER

1.     Dawson's motion to proceed *in forma pauperis, Doc. 4*, is granted.  She reports little income.

2.     The Court must screen Dawson's complaint. 28 U.S.C. § 1915(e)(2).  On 13 May 2022, she purchased a vehicle from an area dealership with financing through GM Financial.  *Doc. 2 at 4-5 & 17*.  Dawson believes GM Financial violated her rights under provisions of the Truth in Lending Act, a part of the Consumer Credit Protection Act, 15 U.S.C. §§ 1601 *et seq.*  She makes the following allegations:

- GM Financial charged a down payment for a finance charge in violation of 15 U.S.C. § 1605(a) of the Truth in Lending Act.

- GM Financial has failed to include the cost of insurance in the finance charge as required by 15 U.S.C. § 1605(c) of the Truth in Lending Act.

- GM Financial failed to notify her about her rights to rescission in violation of 15 U.S.C. § 1635(a) of the Truth in Lending Act.

*Doc. 2 at 12.* Dawson provides the purchase contract as well as two letters from GM Financial explaining its terms. *Doc. 2 at 13-22.* She seeks rescission of the loan, remittance of monthly payments, and damages. Dawson has pleaded enough facts to justify service of her lawsuit.

The Clerk must issue summons and provide it and a copy of the complaint, *Doc. 2,* to the U.S. Marshal. The Court directs the Marshal to serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt required, on the address provided by Dawson.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

8 June 2023