IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHELSEA DAWSON**                                                                                          **PLAINTIFF**

v.                                       No. 4:22-cv-1277-DPM

**GM FINANCIAL**                                                                                           **DEFENDANT**

JUDGMENT

Chelsea Dawson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 February 2024